Eric G. Maxfield (8668)
Darren G. Reid (11163)
Brittany J. Merrill (16104)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone:  801.799.5800
egmaxfield@hollandhart.com
dgreid@hollandhart.com
bjmerrill@hollandhart.com

*Attorneys for Defendant Ameritech College LLC*
*d/b/a Joyce University of Nursing and Health Sciences*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA THOMSON; <br><br> Plaintiff, <br><br> v. <br><br> AMERITECH COLLEGE LLC D/B/A JOYCE UNIVERSITY OF NURSING AND HEALTH SCIENCES; <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:23-cv-00397-HCN <br><br> Judge Howard C. Nielson, Jr. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maria Thomson ("Thomson") and Defendant Ameritech College LLC d/b/a Joyce University of Nursing and Health Sciences ("Joyce") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to the dismissal of this action with prejudice and in its entirety, with each Party to bear their own attorneys' fees and costs.

DATED this 19th day of March 2025.

DISABILITY LAW CENTER

*/s/ Mary Anne Davies*
Mary Anne Davies
Nate Crippes
Kerry Sean Cooney
Angel L. Tirado
*Attorneys for Plaintiff Maria Thomson*
*(signed with permission)*

DATED this 19th day of March 2025.

HOLLAND & HART LLP

*/s/ Eric G. Maxfield*
Eric G. Maxfield
Darren G. Reid
Brittany J. Merrill
*Attorneys for Defendant Ameritech College LLC*
*d/b/a Joyce University of Nursing and Health*
*Sciences*

34009057_v1